UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARIANA BURTON,<br><br>                              Plaintiff,<br>    v.<br>ANA BURTON, *et al.*,<br><br>                              Defendants. | Case No. 2:24-cv-00782-MMD-MDC<br><br>ORDER |

       Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Maximiliano D. Couvillier (ECF No. 3), recommending that the Court dismiss this action for *pro se* Plaintiff Ariana Burton's failure to pay the filing fee or file an application to proceed *in forma pauperis* ("IFP application") in compliance with the Court's May 24, 2024 order (ECF No. 2). Plaintiff had until August 16, 2024 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R in full and dismisses this action.

       Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Couvillier did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Couvillier recommends dismissing this action because Plaintiff has failed to timely comply with the Court's prior order to either pay the filing fee or submit an IFP application. (ECF No. 3 at 1.) The Court agrees with Judge Couvillier. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

       It is therefore ordered that Judge Couvillier's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

1  It is further ordered that this action is dismissed without prejudice.

2  The Clerk of Court is directed to enter judgment accordingly and close this case.

3  DATED THIS 21st Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE